ELIZABETH MURRAY, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— In an action by plaintiff, a customer of defendant, a storekeeper, to recover damages for personal injuries resulting from a fall on the floor of the store, alleged to have been caused by its slippery and dangerous condition owing to spinach leaves thereon, judgment in favor of plaintiff, entered upon a verdict, affirmed, with costs. No opinion. Lazansky, P. J., Carswell and Davis, JJ., concur; Johnston and Taylor, JJ., dissent and vote for reversal and the dismissal of the complaint on the ground that the plaintiff failed to prove facts sufficient to constitute a cause of action.

THE OLD CLARENDON RESTAURANT, INC., JAMES F. MATTHEWS and MARIO PEROTTI, Respondents, v. LOUIS ROOSSIN SODA FOUNTAIN Co., INC., Appellant.— Order granting plaintiffs' motion for a temporary injunction restraining appellant from assigning, transferring or negotiating promissory notes affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

EDWARD S. H. PENDERGAST and FRED I. ELDRIDGE, Respondents, v. CLARENCE F. AVERY, Appellant.— Order directing certain records and papers be impounded with the clerk of Special Term, Part 2, with the right of inspection by the attorneys for plaintiffs or the defendant, modified by striking therefrom the provision that they remain in the custody of the clerk " until further order of the judge making this order " and substituting therefor the words " until further order of a justice of this court," and as so modified, affirmed, with ten dollars costs and disbursements to respondents. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW BLOM, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of endangering the health and morals of a minor, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.